UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHRISTOPHER W. LEVY, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | No. 1:23-cv-00559-DAE |
| § | |
| THOMAS GERARD KILGORE § | |
| AKA TOM KILGORE, § | |
| § | |
| *Defendant*. § | |

ORDER DISMISSING CASE WITH PREJUDICE

The Court has before it the Joint Stipulation of Dismissal With Prejudice filed by Plaintiff Christopher W. Levy ("Plaintiff") and Defendant Thomas Gerard Kilgore AKA Tom Kilgore ("Defendant") pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), on February 13, 2025.  (Dkt. # 52.)  The Court is of the opinion that such Stipulation is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that all claims asserted or that could have been asserted by Plaintiff and Defendant in this action are hereby **DISMISSED WITH PREJUDICE**, with each Party bearing their own attorney's fees and costs.

1

The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, February 19, 2025.

_____
David Alan Ezra
Senior United States District Judge